J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

FILED

E-FILING   2008 AUG 25  P 2: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HRL

C 08  04046

| Adobe Systems Incorporated, | ) | Case No. |
| Plaintiff, | ) | NOTICE OF INTERESTED PARTIES |
| v. | ) | |
| Richard Lewis and Does 1 – 10, inclusive, | ) | CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorney for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Lewis: Notice of Interested Parties          - 1 -