# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.

Richard Lewis and Does 1-10, inclusive,

**C08 04046**

E-FILING  ADR  HRL

TO: (Name and address of defendant)

Richard Lewis
256 Mott St., #54
New York, New York 10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

AUG 2 5 2008
DATE

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐  Served Personally upon the Defendant. Place where served: |
| ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐  Returned unexecuted: |
| ☐  Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                        Date                                        Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure