United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Adobe Systems Incorporated,

         Plaintiff,

  v.

Richard Lewis,

         Defendant.

_____/

No. C08-04046

**CLERK'S NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE**

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

        PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 23, 2008  before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 27, 2008

RICHARD W. WIEKING,
United States District Court

  __/s/ Patty Cromwell_____
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

J. Andrew Coombs      andy@coombspc.com, jeremy@coombspc.com, katrina@coombspc.com

Nicole Lynn Drey      nicole@coombspc.com

**United States District Court**
For the Northern District of California